

FILED

NOV 13 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:24-cr-157 |
| v. | INDICTMENT |
| VICTOR HUGO BARAJAS ESTRADA, | T. 18 U.S.C. § 2 |
| | T. 18 U.S.C. § 981(a)(1)(C) |
| Defendant. | T. 18 U.S.C. § 982(a)(1) |
| | T. 18 U.S.C. § 1956(a)(3)(B) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Laundering of Monetary Instruments — Concealment)**

On or about March 23, 2024, in the Southern District of Iowa, the defendant, VICTOR HUGO BARAJAS ESTRADA, with the intent to conceal and disguise the nature, source, and ownership of property believed to be the proceeds of specified unlawful activity, knowingly conducted and attempted to conduct a financial transaction affecting interstate or foreign commerce, that is, the money transfer of approximately $4,500 in United States currency, involving property represented by a law enforcement officer to be proceeds of specified unlawful activity, namely: distribution of a controlled substance.

This is a violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Laundering of Monetary Instruments — Concealment)**

On or about May 22, 2024, in the Southern District of Iowa, the defendant, VICTOR HUGO BARAJAS ESTRADA, with the intent to conceal and disguise the nature, source, and ownership of property believed to be the proceeds of specified unlawful activity, knowingly conducted and attempted to conduct a financial transaction affecting interstate or foreign commerce, that is, the money transfer of approximately $4,500 in United States currency, involving property represented by a law enforcement officer to be proceeds of specified unlawful activity, namely: distribution of controlled substance.

This is a violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Laundering of Monetary Instruments — Concealment)

On or about July 30, 2024, in the Southern District of Iowa, the defendant, VICTOR HUGO BARAJAS ESTRADA, with the intent to conceal and disguise the nature, source, and ownership of property believed to be the proceeds of specified unlawful activity, knowingly conducted and attempted to conduct a financial transaction affecting interstate or foreign commerce, that is, the money transfer of approximately $9,000 in United States currency, involving property represented by a law enforcement officer to be proceeds of specified unlawful activity, namely: distribution of a controlled substance.

This is a violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

THE GRAND JURY FINDS:

### NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and Title 28, United States Code, Section 2461(c), upon conviction of any offense set forth in Counts 1 through 3 of this Indictment, the defendant, VICTOR HUGO BARAJAS ESTRADA, shall forfeit, to the United States, the following:

- a. any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of an offense alleged in the Counts listed above in this Indictment; and

- b. any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of an offense alleged in the Counts listed above in this Indictment.

This is pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jonathan L. Holscher
MacKenzie Benson Tubbs
Assistant United States Attorneys

4